UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN PAUL ANTHONY** | **CRIMINAL ACTION NO. 03-60024** |
| | **CIVIL ACTION NO. 08-755** |
| **VERSUS** | **JUDGE MELANÇON** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that John Paul Anthony's Motion Under 28 U.S.C. § 2255 to Vacate Sentence. [Rec. Doc. 258] is **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 15th day of September, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE