UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| United States of America | Criminal Action No. 6:03-cr-60024-03 |
| | Civil Action No. 6:08-cv-755 |
| versus | Judge Tucker L. Melançon |
| John Paul Anthony | Magistrate Judge Hanna |

**CERTIFICATE AS TO APPEALABILITY**

Before the Court is a Proposed Certificate Of Appealability [Rec. Doc. 278] filed into the record of this matter. After considering the record in this case and the requirements of 28 U.S.C. § 2253, this Court hereby finds that a certificate of appealability is DENIED for the following reasons:

The analysis contained in the Report and Recommendation of the Magistrate Judge issued on July 12, 2010 [Rec. Doc. 272] adopted by the Court and entered as a final judgment on September 15, 2010 [Rec. Doc. 277], demonstrates that petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Thus done and signed this 21st day of September, 2010 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE